IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER TOLARO, an individual, MICHAEL J. TOLARO, a minor, by his mother, HEATHER TOLARO, <br><br> Plaintiffs, <br><br> v. <br><br> INVITATION HOMES L.P., a Delaware limited partnership, and THR PROPERTY ILLINOIS L.P., a Delaware limited partnership, <br><br> Defendants. | Case No. <br><br> **PLAINTIFFS DEMAND TRIAL BY JURY** |

## COMPLAINT

Plaintiffs, HEATHER TOLARO and MICHAEL J. TOLARO, a minor, by his mother, HEATHER TOLARO, by and through their undersigned attorneys, for their Complaint against Defendants, INVITATION HOMES L.P. and THR PROPERTY ILLINOIS L.P., state as follows:

### I.    Parties

1.    Plaintiff, Heather Tolaro ("Heather"), is an individual residing at 5049 N. Newcastle Avenue, Chicago, Illinois 60656-3731 (the "Subject Property"). Heather is the mother of Michael.

2.    Plaintiff, Michael Tolaro ("Michael"), is an individual residing at 5049 N. Newcastle Avenue, Chicago, Illinois 60656-3731 and the minor, seven-year-old son of Heather.

3.    Defendant, Invitation Homes L.P. ("IH"), is a limited partnership organized and existing under the laws of the State of Delaware with its principal place of business located at 901 Main Street, Suite 4700, Dallas, Texas 75202. IH's registered agent is located at 2711

Centerville Road, Suite 400, Wilmington, Delaware 19808. Upon information and belief, the Subject Property is owned, directly or indirectly, and, at all relevant times, was listed for rental, by IH.

4. Defendant, THR Property Illinois L.P. ("THR"), is a limited partnership organized and existing under the laws of the State of Delaware with its principal place of business located at 901 Main Street, Suite 4700, Dallas, Texas 75202.

5. THR's registered agent is located at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. THR is, upon information and belief, a shell-entity, owned and operated by IH from its Dallas, Texas headquarters.

## II. Jurisdiction and Venue

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. This Court has personal jurisdiction over IH and THR because they participated in the transaction of business within the State of Illinois, committed a tort in this state and entered into a contract substantially connected with this state.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to Plaintiffs' claims occurred in this district.

## III. Allegations Common to All Counts

9. On or about September 27, 2013, Heather entered into a written lease with THR for the tenancy of the Subject Property, a single-family residence. ("Lease"). (A true and correct copy of the Lease is attached hereto as Exhibit "A" and made a part hereof).

10. While the Lease itself is facially between THR and Heather, upon information

and belief, THR is a shell-entity, owned and operated by IH and IH is the alter ego of THR. In fact, the contact information for the landlord of the Subject Property on the face of the Lease is contact information for Invitation Homes.

11. Just a few days prior to entering into the Lease, on or about September 19, 2013, Anthony Zammitt, an employee and agent of IH, represented to Heather that the Subject Property had recently been completely renovated in a professional and workmanlike manner, that there had not been any flooding or water leakages in the basement of the Subject Property, and that during the term of the Lease, the Subject Property would be professionally managed by IH.

12. On and before September 27, 2013, IH, on its website, *www.invitationhomes.com*, represented as follows:

> "Love how you live with the Invitation Homes Peace of Mind Promise."
> "It is our commitment to you, our resident, to provide a convenient, worry-free, professionally managed, stable and completely satisfying rental experience."
> "Peace of Mind is choosing the perfect home in a wonderful neighborhood, loving how you live in your beautifully renovated, professionally managed home, and knowing that it is backed by the strength of America's leading rental home property."
> "We beautifully renovate our homes with quality products and professional workmanship."
> "We inspect 250 items for quality in every home before you move in."
> "Our preventative maintenance program is amazing."

(A true and correct copy of the "Our Promise" section of IH's website is attached hereto as Exhibit B" and made part hereof.)

13. Prior to entering into the Lease, IH posted a description of the Subject Property on the multiple listing service. ("ML").

14. The ML described the Subject Property as having an "awesome rehab" and a "finished" basement.

15. On or about September 27, 2013, Heather and Michael moved into the Subject Property. Shortly thereafter, the basement of the Subject Property repeatedly flooded.

16. Prior to entering into the Lease, Heather visited the IH website and reviewed the ML referenced in Paragraphs 12 through 14 above of the Complaint.

17. On or about October 10, 2013, Michael awoke in the morning with a skin rash on his face and was taken to the emergency room at the hospital.

18. Later, Heather and Michael became violently ill, vomiting repeatedly, and suffered from headaches, fatigue, nausea, muscle cramps, sore throat, runny nose, nasal congestion, respiratory problems, watery eyes, breathing disorders, tightness of chest, hair loss, blurred vision, sneezing, night sweats, and other symptoms of an illness.

19. Heather and Michael have continued to suffer from some of these symptoms through to the present.

20. On or about January 15, 2014, Heather and Michael discovered that the mold count in the Subject Property was at dangerous and toxic levels, measured at many times allowable levels. (A true and correct copy of the report of the mold count is attached hereto as Exhibit "C" and made a part hereof).

**Count I**
**(Breach of Contract against IH and THR)**

21. Plaintiffs restate and reallege the allegations contained in Paragraph 1 through 20 of the Complaint as though fully set forth herein.

22. IH and THR induced Heather to enter into the Lease by promising Heather that IH would perform a 250 point inspection before she moved into the Subject Property that would presumably include a test for mold, that the renovations made by IH to the Subject Property had been performed in a professional and workmanlike manner, that the Subject Property had not experienced any flooding or water leakages, and that IH would professionally manage the Subject Property during the term of the Lease.

4

23. IH and THR did not fulfill the promises that they made with Heather as they failed to conduct the promised 250 point inspection of the Subject Property, failed to perform the renovation of the Subject Property in a professional and workmanlike manner, and, thereafter, failed to properly manage the Subject Property and to protect her and Michael from injuries from toxic mold.

24. Had IH and THR kept their promises as alleged above, neither Heather nor Michael would have been exposed to the dangerous and toxic mold conditions existing at the Subject Property and neither of them would have become ill, and Heather would not have lost over forty-five (45) days of work and the means to financially support herself and her son Michael.

WHEREFORE, Plaintiffs, HEATHER TOLARO and MICHAEL J. TOLARO, respectfully ask this Court to enter judgment in their favor and against Defendant, INVITATION HOMES L.P. and THR PROPERTY ILLINOIS L.P., and award damages in an amount in excess of $75,000, plus costs, and for any and all other relief that this Court deems just and appropriate under the circumstances.

### Count II
### (Negligence against IH and THR)

25. Plaintiffs restate and reallege the allegations contained in Paragraphs 1 through 20 of the Complaint as Paragraph 25 of the Complaint as though fully set forth herein.

26. As alleged herein, IH and THR assumed a duty to maintain the Subject Property in a safe condition.

27. As alleged herein, IH and THR assumed a duty to inspect the Subject Property for mold before leasing it to Plaintiffs.

28. Because they were aware that there had been extensive flooding and water

damage to the basement of the Subject Property, IH and THR knew or should have known that there was a significant risk that the Subject Property had a toxic mold infestation that posed a significant risk to the tenants of the Subject Property, including Heather and Michael.

29. IH and THR breached said duties and were negligent by not inspecting the Subject Property and permitting the mold count existing at the Subject Property to be at dangerous and toxic levels, and by not maintaining the Subject Property and protecting Heather and Michael from exposure to extremely high levels of toxic mold.

30. As a result of IH's and THR's breaches of the standard care and negligence, as alleged above, both Heather and Michael became violently ill, vomiting repeatedly, and suffered from headaches, fatigue, nausea, muscle cramps, sore throat, runny nose, nasal congestion, respiratory problems, watery eyes, breathing disorders, tightness of chest, hair loss, blurred vision, sneezing, night sweats, and other symptoms of an illness, and continue to do so to this day.

31. As a result of IH and THR's breaches of the standard of care and negligence, Plaintiffs have been damaged in an amount in excess of $75,000.

WHEREFORE, Plaintiffs, HEATHER TOLARO and MICHAEL J. TOLARO, respectfully ask this Court to enter judgment in their favor and against Defendants, INVITATION HOMES L.P. and THR PROPERTY ILLINOIS L.P., and award damages in an amount not yet ascertainable but believed to be in excess of $75,000, plus costs, and for any and all other relief that this Court deems just and appropriate under the circumstances.

### Count III
### (Fraud against IH and THR)

32. Plaintiffs restate and reallege the allegations contained in Paragraphs 1 through 20 of the Complaint as Paragraph 32 of the Complaint as though fully set forth herein.

33. As stated in Paragraph 11 above, prior to entering into the Lease and in order to induce Heather to enter into the Lease, IH and THR represented to Heather that there had not been any flooding or water leakages in the basement of the Subject Property.

34. As stated in Paragraphs 11 through 14 above of the Complaint, IH and THR also made certain additional representations to induce Heather to enter into the Lease, in particular, that the Subject Property had been recently renovated in a professional and workmanlike manner, and that the Subject Property had been thoroughly inspected before she moved in to the Subject Property.

35. Truth in fact, prior to September 27, 2013, the basement of the Subject Property had sustained substantial flooding and water damage precipitating the growth of toxic mold, neither IH nor THR had tested for mold prior to Heather and Michael moving into the Subject Property and the renovations to the Subject Property had not been performed by IH in a professional and workmanlike manner.

36. The representations referenced in Paragraphs 33 and 34 above were false and IH and THR knew that they were false at the time IH and THR made such representations to Heather.

37. As a result of IH and THR's misrepresentations, both Heather and Michael became violently ill, vomiting repeatedly, and suffered from headaches, fatigue, nausea, muscle cramps, sore throat, runny nose, nasal congestion, respiratory problems, watery eyes, breathing disorders, tightness of chest, hair loss, blurred vision, sneezing, night sweats, and other symptoms of an illness, and continue to do so to the present, all the result of the dangerous and toxic mold condition existing in the Subject Property as of September 27, 2013.

38. As a result of IH and THR's misrepresentations, Plaintiffs have been damaged in

an amount in excess of $75,000.

WHEREFORE, Plaintiffs, HEATHER TOLARO and MICHAEL J. TOLARO, respectfully ask this Court to enter judgment in their favor and against Defendants, INVITATION HOMES L.P. and THR PROPERTY ILLINOIS L.P., and award damages in an amount in excess of $75,000, plus costs, punitive damages in an amount sufficient to punish and deter Defendant from engaging in such misconduct in the future, and for any and all other relief that this Court deems just and appropriate under the circumstances.

Respectfully submitted,

**HEATHER TOLARO and
MICHAEL J. TOLARO,**
Plaintiffs


By: /s/ Daniel J. Voelker
      One of Their Attorneys

Daniel J. Voelker, Esq.
Olga S. Dmytriyeva, Esq.
VOELKER LITIGATION GROUP
311 West Superior Street, Suite 500
Chicago, Illinois 60654
T: (312) 870-5430
F: (312) 870-5431
dvoelker@voelkerlitigationgroup.com
olga@voelkerlitigationgroup.com

Paul A. Duffy, Esq.
THE PAUL DUFFY GROUP
2 North LaSalle, 23rd Floor
Chicago, Illinois 60602
T: (312) 952-6136
pduffy@pduffygroup.com


Dated: February 4, 2014