**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER TOLARO and MICHAEL J. TOLARO, *by his mother, Heather Tolaro*,<br><br>Plaintiffs,<br>v.<br><br>Invitation Homes L.P. and THR Property Illinois L.P.,<br><br>Defendants. | No. 1:14-cv-00794<br><br>Judge Andrea R. Wood |

**DEFENDANT INVITATION HOMES L.P.'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendant Invitation Homes L.P. ("Invitation Homes"), by and through its attorneys and pursuant to Local Rule 83.17, respectfully moves this Court for entry of an order permitting: (i) attorneys Daniel P. Costello and James C. Barrow of Daniel P. Costello & Associates, LLC (collectively, "Withdrawing Counsel") to withdraw their appearances as counsel of record for Invitation Homes; and (ii) attorneys Morgan R. Hirst and Elizabeth J. Marino of Jones Day (collectively, "Substituting Counsel") to substitute in as counsel of record for Invitation Homes.

In support of this Motion, Invitation Homes states:

1. On February 4, 2014, Plaintiffs Heather and Michael Tolaro filed the above-captioned civil action against Invitation Homes. [Docket No. 1.]

2. On March 5, 2014, Withdrawing Counsel appeared on behalf of Invitation Homes and moved to extend time to respond to Plaintiffs' Complaint. [*See* Docket Nos. 6, 7, 10, 11.]

3. Invitation Homes agrees that Substituting Counsel replace Withdrawing Counsel as its counsel of record.

4. Accordingly, and pursuant to Local Rule 83.17,[1] Withdrawing Counsel hereby seek entry of an order allowing them to withdraw their appearances in this case on behalf of Invitation Homes, and permitting Substituting Counsel to substitute their appearances as Invitation Homes' counsel of record.

5. This motion is not made for purposes of delay or any other improper purpose.

6. Granting this motion will not prejudice Invitation Homes because its interests will be adequately represented by Substituting Counsel.

7. Withdrawing Counsel has contacted Plaintiffs' counsel and is advised that Plaintiffs do not oppose the relief requested herein.

**WHEREFORE**, Defendant Invitation Homes L.P. respectfully asks this Court to enter an order granting leave to Daniel P. Costello and James C. Barrow to withdraw their appearances as counsel of record for Invitation Homes and granting leave to Morgan R. Hirst and Elizabeth J. Marino to substitute in as counsel of record for Invitation Homes L.P.

---

[1] Local Rule 83.17 provides, in relevant part: "The attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court[.]"

Dated: April 7, 2014

**DANIEL P. COSTELLO & ASSOCIATES, LLC**

By: s/ *James C. Barrow*

Daniel P. Costello
James C. Barrow
DANIEL P. COSTELLO & ASSOCIATES, LLC
121 North LaSalle Street, Suite 1300
Chicago, Illinois 60601
Phone: (312) 850-2651
dcostello@costellolegal.com
jbarrow@costellolegal.com
(Withdrawing Counsel)

**JONES DAY**

By: s/ *Morgan R. Hirst*

Morgan R. Hirst (6275128)
Elizabeth J. Marino (6303605)
Jones Day
77 W. Wacker Drive
Chicago, Illinois 60601-1692
(312) 782-3939
(312) 782-8585 facsimile
mhirst@jonesday.com
ejmarino@jonesday.com
(Substituting Counsel)

Counsel for Defendant
INVITATION HOMES L.P.

**CERTIFICATE OF SERVICE**

*I hereby certify that on April 7, 2014, I electronically filed the foregoing* ***UNOPPOSED MOTION OF FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL*** *with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record at their e-mail address on file with the Court:*

s/ James C. Barrow

One of the Attorneys for Defendant
INVITATION HOMES L.P.