# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Heather Tolaro, et al.

          Plaintiff,

v.                  Case No.: 1:14–cv–00794
                  Honorable Andrea R. Wood

Invitation Homes L.P., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 2, 2014:

  MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held on the parties' agreed motion [43] to extend the discovery deadlines. The motion is granted for the reason stated on the record. Fact discovery shall be completed by 12/9/2014; expert discovery shall be completed by 2/10/2015; and dispositive motions shall be filed by 3/10/2015. Dkt. No. 44 is stricken as duplicative of Dkt. No. 43. Status hearing previously set for 10/15/2014 is stricken. Status hearing set for 12/9/2014 at 9:00 a.m. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.