**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Heather Tolaro, et al.
                              Plaintiff,

v.                                                       Case No.: 1:14–cv–00794
                                                      Honorable Andrea R. Wood

Invitation Homes L.P., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 4, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held on Plaintiffs' motion to compel discovery [47] and Defendant's motion to compel [50]. Plaintiff Heather Tolaro appeared on behalf of herself and the minor Michael Tolaro, and stated her desire to terminate the Voelker Litigation Group and Paul A. Duffy as her counsel. Plaintiffs are seeking new counsel. The appearances by attorneys Daniel Voelker, Olga S. Dmytriyeva, Alexander Loftus, and Paul A Duffy are terminated. New counsel shall file an appearance by 1/5/2015. Discovery is stayed until further order of Court. Plaintiffs' motion to compel discovery [47] and Defendant's motion to compel [50] are entered and continued to 1/20/2015. The motion presentment date of 12/9/2014 is stricken. New counsel shall be prepared to discuss the pending motions to compel at the next status hearing. Defendants' fully–briefed motions to dismiss [28] [30] have been taken under advisement by the Court. Ruling by mail. Status hearing set for 12/9/2014 is stricken and reset for 1/20/2015 at 9:00 a.m. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.