IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER TOLARO and MICHAEL J. TOLARO, *by his mother, Heather Tolaro*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>Invitation Homes L.P. and THR Property Illinois L.P.,<br><br>　　　　Defendants. | No. 1:14-cv-00794<br><br>Judge Andrea R. Wood |

**JOINT MOTION TO APPROVE MINOR SETTLEMENT
PURSUANT TO LOCAL RULE 17.1**

　　NOW COMES Plaintiffs, HEATHER TOLARO and MICHAEL J. TOLARO, by his mother, Heather Tolaro, and Defendants, INVITATION HOMES L.P. and THR PROPERTY ILLINOIS L.P., and in support of their Joint Motion to Approve Minor Settlement Pursuant to Local Rule 17.1, state as follows:

1. On February 4, 2014, Plaintiffs, Heather Tolaro and Michael J. Tolaro, by his mother, Heather Tolaro, filed their Complaint against Defendants, Invitation Homes L.P. and THR Property Illinois L.P. *ECF 1*.

2. On July 23, 2015, the Court referred the case to Magistrate Judge Martin for purposes of a settlement conference, which was held on September 30, 2015. Thereafter, the parties continued to engage in productive settlement discussions.

3. On January 8, 2016, both Plaintiffs and both Defendants entered into a Confidential Settlement Agreement and Release. Pursuant to this Court's order dated April 7, 2016 (*ECF 90*), this Confidential Settlement Agreement and Release is attached as <u>Exhibit A</u> and filed under seal.

4. On February 16, 2016, Plaintiff Heather Tolaro filed, in the Circuit Court of Cook County, Probate Division a Petition for Guardian of Minor's Estate. On March 24, 2016, the Circuit Court of Cook County, Probate Division issued an order appointing Heather Tolaro as the guardian of the Estate of Michael J. Tolaro. A copy of the Order Appointing Guardian of Minor is attached as <u>Exhibit B</u>. The corresponding Letters of Office – Guardian of Estate is attached as <u>Exhibit C</u>.

5. In addition, Plaintiff Heather Tolaro also petitioned the Circuit Court of Cook County, Probate Division, pursuant to Cook County Local Rule 12.15(d)(i), for authority to take all steps necessary to effectuate settlement of this pending matter on behalf of the minor Plaintiff, Michael J. Tolaro. On March 24, 2016, the Circuit Court of Cook County, Probate Division granted Heather Tolaro's Local Rule 12.15(d)(i) petition, which gave her the authority to take all steps necessary to effectuate this pending matter on behalf of Michael J. Tolaro, including filing a Motion to Approve Minor Settlement and a Stipulation to Dismiss. A copy of the Order granting this Local Rule 12.15(d)(i) petition is attached as <u>Exhibit D</u>.

6. While Defendants denied and continue to deny any and all wrongdoing of any kind whatsoever in connection with the litigation, the Plaintiffs and Defendants were able to settle this matter for a sum that is fair, reasonable, and just in considering the damages alleged to have been sustained by them, as well as the attendant benefits, risks, and costs of proceeding forward with expert discovery, possible dispositive motions filed by Defendants, and a possible trial.

7. United States District Court for the Northern District of Illinois Local Rule 17.1 requires "any proposed settlement of an action brought by or on behalf of an infant or incompetent

shall not become final without written approval by the court in the form of an order, judgment or decree."

8. Therefore, the Plaintiffs and Defendants desire this Court enter an order approving of, and therefore finalizing, the proposed settlement agreement attached as <u>Exhibit A</u>.

WHEREFORE Plaintiffs, HEATHER TOLARO and MICHAEL J. TOLARO, by his mother, Heather Tolaro, and Defendants, INVITATION HOMES L.P. and THR PROPERTY ILLINOIS L.P., pray this Honorable Court enter an order approving of and finalizing the Confidential Settlement Agreement and Release as it applies to the minor Plaintiff, Michael J. Tolaro.

Dated: April 22, 2016                                                    Respectfully Submitted,

                                                                                                                                        _/s/ Donald J. Angelini, Jr.____
Donald J. Angelini, Jr.
Alexander F. Stephens
Angelini & Angelini
155 N. Michigan Avenue, Suite 400
Chicago, Illinois 60601
Ph: 312.957.1900
F:   312.861.1302
dangelini@angeliniorilaw.com
astephens@angeliniorilaw.com

Counsel for Plaintiffs
HEATHER TOLARO and MICHAEL
TOLARO *by his mother, Heather Tolaro*

 _/s/ Elizabeth J. Marino_____
Morgan R. Hirst
Elizabeth J. Marino
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
(312) 782-3939

Counsel for Defendants
INVITATION HOMES L.P. and
THR PROPERTY ILLINOIS L.P.