# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HEATHER TOLARO and MICHAEL J. TOLARO, *by his mother, Heather Tolaro*,<br><br>  Plaintiffs,<br>    v.<br><br>Invitation Homes L.P. and THR Property Illinois L.P.,<br><br>  Defendants. | No. 1:14-cv-00794<br><br>Judge Andrea R. Wood |

## **RESTRICTED DOCUMENT PURSUANT TO LOCAL RULE 26.2**

Document: Exhibit A to Parties' Joint Motion to Approve Minor Settlement Pursuant to Local Rule 17.1, which is the Confidential Settlement Agreement.

Associated Order: This document is filed under seal pursuant to the order of the Honorable Andrea R. Wood entered on April 7, 2016. *ECF 90.*

Dated: April 22, 2016

Respectfully Submitted,

 */s/ Donald J. Angelini, Jr.*
Donald J. Angelini, Jr.
Alexander F. Stephens
Angelini & Angelini
155 N. Michigan Avenue, Suite 400
Chicago, Illinois 60601
Ph: 312.957.1900
F:  312.861.1302
dangelini@angeliniorilaw.com
astephens@angeliniorilaw.com

Counsel for Plaintiffs
HEATHER TOLARO and MICHAEL TOLARO *by his mother, Heather Tolaro*