# EXHIBIT B

Order Appointing Guardian of Minor (Rev. 09/06/13) CCP N394

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - PROBATE DIVISION

Estate of **Michael Tolaro**

No. **16 P 990**

Minor

## ORDER APPOINTING GUARDIAN OF MINOR

On the verified petition of **Heather Tolaro** for appointment of a guardian, due notice having been **Given** (given) (waived), the court having considered the evidence,

IT IS ORDERED that:

1. **Heather Tolaro** is appointed the guardian of the **Estate** of the following minor:
   (estate) ☒ 4256   (person) ☐ 4225   (estate and person) ☐ 4257

   **Michael Tolaro**;

2. The bond of the guardian is _____ ;
   (approved 4611)   (waived 4621)

3. Letters of guardianship shall issue;

*4. The guardian of the estate shall file an inventory in Room _____, Richard J. Daley Center on _____, _____ at 10:00 a.m.   (4250)

*5. The guardian of the estate shall deposit the minor's funds in an account in the name of the minor, subject to withdrawal only on order of court or upon the attainment of majority, in an institution qualified to receive the deposit. The guardian shall file a report of receipts and disbursements, together with vouchers, on _____, _____, in Room _____ at _____ .M. Upon approval of the report, the guardian and surety shall be discharged and the estate closed.   (4220) (4251)

Atty. No.: **59586**
Name: **Angelini & Ori (AES)**
Firm Name: _____
Atty. for Petitioner: **Heather Tolaro**
Address: **155 N. Michigan #400**
City/State/Zip: **Chicago, IL 60601**
Telephone: **312-621-0000**

ENTERED JUDGE AICHA MacCARTHY - 2099
MAR 24 2016
DOROTHY BROWN CLERK OF CIRCUIT COURT COOK COUNTY, IL

ENTER: _____, _____
        Judge                    Judge's No.

*Strike if not applicable

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS