# EXHIBIT C

LETTERS OF OFFICE - GUARDIAN OF ESTATE (Rev. 12/23/03) CCP 0416

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-PROBATE DIVISION

Estate of

Michael Tolaro

ORIGINAL

No. 2016 P 000990

Docket

Minor

Page

## LETTERS OF OFFICE - GUARDIAN OF ESTATE

**Heather Tolaro** has been appointed guardian of the estate of

**Michael Tolaro** a minor, born on **Sunday, December 31, 2006**

and is authorized to have under the direction of the court the care, management and investment of the minor's estate and to do all acts required by law.

WITNESS, March 24, 2016

**Dorothy Brown**
Clerk of the Circuit Court

### CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

WITNESS, March 24, 2016

*Dorothy Brown*
Clerk of Court

dlb

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS