# EXHIBIT D

Order (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ESTATE of
PEOPLE OF THE STATE OF ILLINOIS

v.

MICHAEL TOLARO

No. 16 P 990

### ORDER

Upon Petition of Heather Tolaro pursuant to Cook County Rule 12.15(d)(i) to effectuate settlement of Michael Tolaro's Northern District of Illinois case no. 14-cv-794, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

Heather Tolaro's Rule 12.15(d)(i) Petition is granted and Heather Tolaro has this Court's authority to take all steps necessary to effectuate settlement of Michael Tolaro's case no. 14-cv-794, including filing a Motion to Approve Minor Settlement in the Northern District and entering a stipulation to dismiss.

Attorney No.: 59586
Name: Angelini & Ori (AFS)
Atty. for: Heather Tolaro
Address: 155 N. Michigan Ave #400
City/State/Zip: Chicago, IL 60601
Telephone: 312-651-0000

ENTERED:

Dated: _____

JUDGE AICHA MacCARTHY - 2099
ENTERED
MAR 24 2016
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge _____ Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**